# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. MARGOLIS and FRANK ORTEGA, individuals, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br>vs.<br><br>THE DIAL CORPORATION, a Delaware corporation; HENKEL CONSUMER GOODS, INC., a Delaware corporation; HENKEL CORPORATION, a Delaware corporation; and HENKEL OF AMERICA, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. 12-CV-288 JLS (WVG)<br><br>**ORDER APPROVING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 102) |

Presently before the Court is the parties' Joint Stipulation for Dismissal with Prejudice. (ECF No. 102.) Good cause appearing, the Court **APPROVES** the Stipulation. The Court hereby **DISMISSES WITH PREJUDICE** all claims asserted by Plaintiffs Robert A. Margolis and Frank Ortega against Defendants The Dial Corporation; Henkel Consumer Goods, Inc.; Henkel Corporation; and Henkel of

America, Inc.  The Clerk of the Court shall close the file.

**IT IS SO ORDERED**.

DATED:  September 19, 2014

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge